No. 77–1806. FORD MOTOR CO. (CHICAGO STAMPING PLANT) *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. [Certiorari granted, *ante*, p. 891.] Motion of respondent UAW Local 588 for additional time for oral argument denied. Alternative request for divided argument granted.

No. 77–6949. DUNN *v.* UNITED STATES. C. A. 10th Cir. [Certiorari granted, *ante*, p. 1045.] Motion for appointment of counsel granted, and it is ordered that Daniel J. Sears, Esquire, of Denver, Colo., be appointed to serve as counsel for petitioner in this case.

No. 78–99. PARKER *v.* RANDOLPH ET AL. C. A. 6th Cir. [Certiorari granted, *ante*, p. 978.] Motion for appointment of counsel granted, and it is ordered that Walter Lee Evans, Esquire, of Memphis, Tenn., be appointed to serve as counsel for respondent in this case.

No. 78–201. GREENHOLTZ, CHAIRMAN, BOARD OF PAROLE OF NEBRASKA, ET AL. *v.* INMATES OF THE NEBRASKA PENAL AND CORRECTIONAL COMPLEX ET AL. C. A. 8th Cir. [Certiorari granted, *ante*, p. 817.] Motion of Jerome N. Frank Legal Services Organizations of Yale Law School et al. for leave to participate in oral argument as *amici curiae* denied.

No. 78–225. BABBITT, GOVERNOR OF ARIZONA, ET AL. *v.* UNITED FARM WORKERS NATIONAL UNION ET AL. D. C. Ariz. [Probable jurisdiction postponed, *ante*, p. 891.] Motion of appellee United Farm Workers National Union for additional time for oral argument granted and 10 additional minutes allotted for that purpose. Appellants also allotted an additional 10 minutes for oral argument.

No. 78–5283. JACKSON *v.* VIRGINIA ET AL. C. A. 4th Cir. [Certiorari granted, *ante*, p. 1001.] Motion for appointment of counsel granted, and it is ordered that Carolyn J. Colville of Richmond, Va., be appointed to serve as counsel for petitioner in this case.